UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-7389 FMO (GJSx) | Date | May 3, 2022 |
|---|---|---|---|
| Title | Jeri Laird, et al. v. Windsor Cheviot Hills, LLC, et al. | | |

Present: The Honorable Fernando M. Olguin, United States District Judge

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order Remanding Action

In light of the Ninth Circuit's decision in Saldana v. Glenhaven Healthcare LLC, 27 F.4th 679 (9th Cir. 2022), IT IS ORDERED THAT:

1. The stay is hereby lifted.

2. Pursuant to the Ninth Circuit's decision in Saldana, plaintiffs' Motion to Remand **(Document No. 13)** is **granted**.

3. The above-captioned action shall be **remanded** to the Superior Court of the State of California for the County of Los Angeles for lack of subject matter jurisdiction.

4. The Clerk shall send a certified copy of this Order to the state court.

5. Any other pending motion is denied as moot.

Initials of Preparer: gga